UNITED STATES of America, Plaintiff–Appellee

v.

Jose Lino CORDOVA–ZUNIGA, also known as Jose Hernandez, also known as Jorge Alfred Denova Hernandez, also known as Lino Zuniga, also known as Jorge Alfredo Danova, also known as Jose Lino Zunigo Guerrero, also known as Jose Garcia, also known as Jorge Denova, also known

---

as Jose Cordoba, also known as Joselino Zuniga Hernandez, also known as Jose Lino Zuniga–Hernandez, Defendant–Appellant.

No. 09–51028
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 26, 2010.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, Plaintiff–Appellee.

Eduardo Solis, Law Offices of Eduardo Solis, El Paso, TX, for Defendant–Appellant.

Before SMITH, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jose Lino Cordova–Zuniga has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Cordova–Zuniga has not filed a response. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the AP-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.